**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:
MARIA ALICIA KUYKENDALL                                      Case No: 20-10055

## TRUSTEE'S NOTICE OF ADDITIONAL OR AMENDED CLAIM FILED

NOTICE IS HEREBY GIVEN of the following claim filed in the above referenced case. It is the intention of the Chapter 13 Trustee, Robert B. Wilson, to administer the additional or amended filed claim of the creditor named below and in the amounts and manner set forth below according to U.S.C. 502(b)(9).

| NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $170.38 |

**UNSECURED / LATE FILED:** This claim will only be paid AFTER all TIMELY filed claims and any SECURED -LATE FILED and PRIORITY - LATE FILED claims have been paid IN FULL, and only to the extent funds are available.

TRCC NOT FILED
**CLAIM DESCRIPTION:** PENALTY
**ACCOUNT NUMBER:**

A secured or priority claim not paid may not be discharged per 11 U.S.C. 1328(a) unless the debtor modifies the Plan to increase or extend payments to provide for full payment of the claim, or an objection to claim is filed and an Order disallowing claim is entered by the Court. Please contact your attorney for legal advice.

Please note that if a Trustee's Recommendation Concerning Claims (TRCC) is filed and pending, the amounts and other information included in this notice should be carefully compared to the TRCC. Due to the objection period in the TRCC, it is imperative that these documents are compared and any necessary actions taken immediately.

Pursuant to 11 U.S.C. 502(a) and Rule 3007, the additional or amended claim filed as stated above will be deemed allowed as set forth above, for purposes of distribution and shall be administered by the Trustee as stated by the administration code above unless the debtor or other party in interest files with the Court in accordance with Rule 3007, an "Objection to Claim" within twenty-eight (28) days of this notice. A copy of the "Objection to Claim" must be served upon the undersigned and the Creditor whose claim is being objected to. The absence of a timely written objection will be deemed by the Trustee as an approval by the Debtor(s) and other parties in interest of the additional or amended filed claim as recited above.

**DEBTOR ATTORNEY:**
DELLA J DURHAM
LAW OFFICE OF DELLA J DURHAM PC
PO BOX 3695
ABILENE, TX  79604

**TRUSTEE:**
ROBERT B. WILSON, CHAPTER 13 TRUSTEE
1407 BUDDY HOLLY AVENUE
LUBBOCK, TX  79401-9401

I herein certify that a copy of this Notice was served upon the Debtor(s), Debtor's(s') Attorney, and Creditor listed above on this date by regular U.S. Mail postage prepaid, at their addresses shown on the original Petition herein, or by written Notice of change of address heretofore delivered to the Trustee or via electronic mail.

DATED:  August 13, 2020

/s/ **Robert B. Wilson**
**ROBERT B. WILSON, CHAPTER 13 TRUSTEE**
**1407 BUDDY HOLLY AVENUE**
**LUBBOCK, TX  79401-9401**
By:  Lynda Bryan